UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------- X

| | | |
|---|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE): MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | : : : | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |
| ---------------------------------------------------------- | | |
| HEATHER LIEUNGH, | : | Judge David R. Herndon |
| Plaintiff | : | |
| vs. | : | |
| BAYER CORPORATION et al., | : | |
| Defendants. | : | Civil Action No.: 3:2009-cv-20130 |

---------------------------------------------------------- X

ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

Upon consideration of Plaintiff's Motion for Leave to File a First Amended Complaint (3:2009-cv-20130 Doc. 24), the Court hereby ORDERS as follows:

Plaintiff's Motion is **GRANTED.**  Further, the Court **DIRECTS** Plaintiff to file the amended complaint instanter.

**SO ORDERED:**


/s/  *David R. Herndon*
Chief Judge
United States District Court           DATE: May 5, 2010